# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY,                                                       PLAINTIFF
ADC #760343

v.                     No. 1:14CV000143-JLH-JTK

CLARA ROBINSON, et al.                                    DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Alen, Faust, Budnick, Dixon, Dykes, Allen, and Norris are DISMISSED from this action, without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 5th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE