**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,                                                                              PLAINTIFF
ADC #760343

v.                                      No. 1:14CV00143-JLH-JTK

CLARA ROBINSON, *et al*.                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is GRANTED.  Document #13.

2. Plaintiff's retaliatory disciplinary claims against defendants are DISMISSED without prejudice for failure to exhaust.

3. Plaintiff's "yelling" claim against defendant Robinson and the false witness statement claim against Martin are DISMISSED without prejudice for failure to state a claim.

4. Plaintiff's motion for service is DENIED.  Document #18.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 12th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE